■ NASSAU-SUFFOLK EXTERMINATING CO., INC., Respondent, v DOMENICK ANTONELLI, Appellant.—Appeal by the defendant from an order of the Supreme Court, Nassau County (Morrison, J.), dated April 26, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Morrison at the Supreme Court. Brown, J. P., Eiber, Kooper and Rosenblatt, JJ., concur.